No. 97–1813. ASHTON v. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–1815. CASH v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 97–7368. McCLAIN v. CLARK, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–7724. WILLINGHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–7754. DOHERTY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8160. GALLEGO v. McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8176. CARR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8189. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8390. TONIA B. v. CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–8559. KELL v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8563. MARKLAND v. FLOYD, SUPERINTENDENT, DADE CORRECTIONAL INSTITUTION AND WORK CAMP. C. A. 11th Cir. Certiorari denied.

No. 97–8564. MARQUEZ v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8570. COOKISH v. NEW HAMPSHIRE. Super. Ct. N. H., Merrimack County. Certiorari denied.

No. 97–8571. ADELMAN v. COLONIAL PARK APARTMENTS. Super. Ct. Pa. Certiorari denied.